UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN TUROGIN,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-cr-00185-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, May 8, 2025 at 11:00 a.m., is rescheduled for **Thursday, August 14, 2025 at 11:00 a.m.**, in Courtroom 15106 before Judge Robert S. Lasnik.

DATED this 27th day of February, 2025.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　 */s/ Victoria Ericksen*　　　　　　　
　　　　　　　　　　　　　　　　Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1